**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

L. SEVILLE PARKS,

    Plaintiff - Appellant,

 v.

RICHARD FALGE; et al.,

    Defendants - Appellees.

No. 10-15307

D.C. No. 3:06-cv-00405-RCJ-VPC

MEMORANDUM[*]

Appeal from the United States District Court
for the District of Nevada
Robert Clive Jones, Chief Judge, Presiding

Submitted May 24, 2011[**]

Before:  PREGERSON, THOMAS, and PAEZ, Circuit Judges.

  L. Seville Parks, a former Nevada state prisoner, appeals pro se from the

district court's judgment dismissing his civil rights action for failure to exhaust

administrative remedies under the Prison Litigation Reform Act, 42 U.S.C.

§ 1997e(a). We have jurisdiction under 28 U.S.C. § 1291. We review de novo the

---

  [*]  This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

  [**]  The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

district court's dismissal for failure to exhaust, and for clear error its factual determinations. *Wyatt v. Terhune*, 315 F.3d 1108, 1117 (9th Cir. 2003). We affirm.

The district court properly dismissed Parks's action because Parks failed to exhaust administrative remedies or demonstrate that he was obstructed from doing so. *See Woodford v. Ngo*, 548 U.S. 81, 85, 93-95 (2006) ("proper exhaustion" is mandatory and requires adherence to administrative procedural rules).

Parks's remaining contentions are unpersuasive.

**AFFIRMED.**